**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:    Cathy Jean Inc § Case No. 8:16-BK-14633 TA
§
§
Debtor(s) §

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WENETA M.A. KOSMALA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                                Assets Exempt:    $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:    $26,057.99          Claims Discharged
                                                        Without Payment:  $11,582,899.69

Total Expenses of Administration:  $62,915.01

---

3) Total gross receipts of $88,903.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $88,903.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 5,035,234.66 | 4,018,948.76 | 4,700.00 | 4,700.00 |
| PRIORITY CLAIMS | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 62,853.59 | 62,915.01 | 62,915.01 |
|   PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,174,806.90 | 439,238.79 | 439,338.79 | 3,044.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,626,891.42 | 8,782,188.86 | 8,782,188.86 | 18,313.91 |
| **TOTAL DISBURSEMENTS** | **$11,836,932.98** | **$13,303,230.00** | **$9,289,142.66** | **$88,973.00** |

    4) This case was originally filed under Chapter 7 on 11/09/2016. The case was pending for 38 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2019      By: /s/ WENETA M.A. KOSMALA
                                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Possible avoidance actions for transfers within statutory periods under 11 U.S.C. 544, 547, 548, subject to defenses | 1129-000 | 65,000.00 |
| "Remnant" assets; deposits, refunds, reimbursements, etc. | 1229-000 | 23,903.00 |
| **TOTAL GROSS RECEIPTS** | | **$88,903.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 33 | Carl G Jones | 4210-000 | 2,089,339.99 | 1,069,979.20 | 0.00 | 0.00 |
| 34 | Shelley Group LLC | 4210-000 | 2,893,313.67 | 2,893,313.62 | 0.00 | 0.00 |
| 35 | Cathy Jean Grice Hanley | 4210-000 | 50,000.00 | 55,655.94 | 0.00 | 0.00 |
| 49 | Bohannon Development Company | 4210-000 | N/A | 0.00 | 4,700.00 | 4,700.00 |
| NOTFILED | Dph / Weights & Measures | 4210-000 | 89.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | County Of Sacramento | 4210-000 | 100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dmv | 4210-000 | 109.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | County Of Alameda | 4210-000 | 150.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | County Of Sonoma | 4210-000 | 213.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Los Angeles County Treasurer | 4210-000 | 1,920.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$5,035,234.66** | **$4,018,948.76** | **$4,700.00** | **$4,700.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WENETA M.A. KOSMALA | 2100-000 | N/A | 7,695.15 | 7,695.15 | 7,695.15 |
| WENETA M.A. KOSMALA | 2200-000 | N/A | 264.30 | 264.30 | 264.30 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | N/A | 2,898.00 | 2,898.00 | 2,898.00 |
| HAHN FIFE & COMPANY, LLP | 3420-000 | N/A | 412.40 | 412.40 | 412.40 |
| UNITED STATES BANKRUPTCY COURT | 2700-001 | N/A | 2,436.91 | 2,436.91 | 2,436.91 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 0.00 | 61.42 | 61.42 |
| Signature Bank | 2600-000 | N/A | 70.00 | 70.00 | 70.00 |
| Law Offices of Weneta M.A. Kosmala | 3110-000 | N/A | 44,965.50 | 44,965.50 | 44,965.50 |
| Law Offices of Weneta M.A. Kosmala | 3120-000 | N/A | 979.37 | 979.37 | 979.37 |
| Franchise Tax Board (ADMINISTRATIVE) | 2820-000 | N/A | 3,131.96 | 3,131.96 | 3,131.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$62,853.59** | **$62,915.01** | **$62,915.01** |

**EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

**EXHIBIT 6 - PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Keter Environmental Services, Inc | 5800-000 | 2,199.81 | 1,796.25 | 1,796.25 | 4.24 |
| 4 | Glendale I Mall Associates, LP | 5800-000 | 89,917.03 | 91,638.12 | 91,638.12 | 216.53 |
| 6 | Perimeter Mall, LLC | 5800-000 | 17,010.08 | 19,493.70 | 19,493.70 | 46.06 |
| 7 | Tyler Mall Limited Partnership | 5800-000 | 83,339.34 | 98,736.57 | 98,736.57 | 233.30 |
| 13 | FRANCHISE TAX BOARD | 5800-000 | N/A | 823.54 | 823.54 | 823.54 |
| 15 | Westminster Mall, LLC | 5800-000 | 37,882.52 | 37,149.26 | 37,149.26 | 87.78 |
| 19 | Shops at Mission Viejo, LLC | 5800-000 | 44,538.16 | 40,040.35 | 40,040.35 | 94.61 |
| 23 | Stoneridge Properties LLC | 5200-000 | N/A | 0.00 | 100.00 | 100.00 |
| 23 | Stoneridge Properties LLC | 5800-000 | 68,125.68 | 64,414.61 | 64,414.61 | 152.20 |
| 28 | City of Fresno | 5800-000 | N/A | 1,087.20 | 1,087.20 | 1,087.20 |
| 40 | UTC Venture LLC | 5800-000 | 82,873.30 | 84,059.19 | 84,059.19 | 198.62 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | City of Santa Rosa | 5800-000 | 31.68 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Griselda Aguilar | 5800-000 | 34.72 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Alpharetta | 5800-000 | 66.07 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Chandler - States Tax | 5800-000 | 74.72 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City Of Fresno | 5800-000 | 93.06 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City Of National City | 5800-000 | 114.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City Of Brea | 5800-000 | 127.58 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Irvine Ranch Water District | 5800-000 | 178.06 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cox Communications | 5800-000 | 189.85 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sparkletts Drinking Water | 5800-000 | 196.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City Of Thousand Oaks | 5800-000 | 245.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mpower Communications | 5800-000 | 250.93 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City Of Roseville | 5800-000 | 256.94 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Tukwila | 5800-000 | 309.81 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City Of Modesto | 5800-000 | 362.04 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sacramento Municipal Utility | 5800-000 | 366.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Frontier | 5800-000 | 405.72 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Century Link | 5800-000 | 440.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Consolidated Communications | 5800-000 | 484.63 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AT&T Mobility | 5800-000 | 539.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Modesto Irrigation District | 5800-000 | 581.18 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City Of Culver City | 5800-000 | 638.76 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Xo Communications Service, Inc | 5800-000 | 774.67 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Verizon Wireless | 5800-000 | 1,070.93 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Iem - International | 5800-000 | 1,143.52 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Multidev Technologies, Inc. | 5800-000 | 1,295.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Del Amo Fashion Center, Llc | 5800-000 | 1,347.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sustainable Solutions Group | 5800-000 | 1,367.54 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Southern California Edison | 5800-000 | 1,756.78 | 0.00 | 0.00 | 0.00 |
| NOTFILED | La Dwp | 5800-000 | 2,273.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Verizon California | 5800-000 | 2,330.13 | 0.00 | 0.00 | 0.00 |
| NOTFILED | San Diego Gas & Electric | 5800-000 | 2,458.67 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pacific Gas & Electric Company | 5800-000 | 2,522.41 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Los Angeles | 5800-000 | 2,867.41 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Waste Mgmt. Of Orange County | 5800-000 | 3,015.32 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Shelley Group LLC | 5800-000 | 3,684.88 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Arden Fair Mall | 5800-000 | 5,507.75 | 0.00 | 0.00 | 0.00 |
| NOTFILED | AT&T | 5800-000 | 5,550.87 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Plaza Camino Real | 5800-000 | 6,411.30 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Northgate Mall Partnership | 5800-000 | 8,308.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 4840 Cobb Place Associates Lp | 5800-000 | 9,280.16 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Irvine Company Llc | 5800-000 | 11,889.61 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Capitola Mall Llc | 5800-000 | 13,773.84 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Irvine Retail Prop. Co. C/O | 5800-000 | 14,033.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Arrowhead Towne Center Llc | 5800-000 | 18,612.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macerich Lakewood, Lp | 5800-000 | 23,250.78 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macerich Stonewood Llc | 5800-000 | 24,380.91 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Santa Anita Fashion Park | 5800-000 | 26,232.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Twc Chandler, Llc | 5800-000 | 28,015.32 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Valencia Town Ctr Venture,Lp | 5800-000 | 31,151.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macerich Oaks Lp | 5800-000 | 32,496.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ppr Washington Square Llc | 5800-000 | 33,005.52 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macerich Cerritos, Llc | 5800-000 | 34,489.34 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eml Santa Rosa Lp | 5800-000 | 36,194.31 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macerich Fresno, L.P. | 5800-000 | 40,297.23 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Riverchase Galleria | 5800-000 | 44,070.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mission Valley Center | 5800-000 | 44,956.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Culver City Mall Lp | 5800-000 | 46,132.65 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 4821-The Retail Property Trust | 5800-000 | 46,464.78 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Clackamas Mall Llc | 5800-000 | 46,655.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Macerich Westside Property Llc | 5800-000 | 47,366.47 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Plaza Bonita, Llc Partn | 5800-000 | 48,699.95 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Daly City Serramonte Cent Llc | 5800-000 | 53,039.80 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Montebello Town Center | 5800-000 | 53,330.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | North County Fair | 5800-000 | 54,307.70 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sherman Oaks Fashion Associate | 5800-000 | 55,683.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bohannon Development Company | 5800-000 | 56,260.29 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Vintage Faire Mall | 5800-000 | 57,183.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Mainplace Shoppingtown Llc | 5800-000 | 58,940.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stonestown Shopping Center Lp | 5800-000 | 60,423.57 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Plaza West Covina Lp | 5800-000 | 71,016.92 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sunvalley Shopping Center | 5800-000 | 74,657.74 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Valley Fair Mall Llc | 5800-000 | 88,471.17 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Topanga Plaza Llc | 5800-000 | 89,644.06 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ggp, Lp - Northridge Mall | 5800-000 | 99,063.26 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Roseville Shopping Town Llc | 5800-000 | 115,773.98 | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$2,174,806.90** | **$439,238.79** | **$439,338.79** | **$3,044.08** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GGP Northridge Fashion Center, LP | 7100-000 | N/A | 1,263,939.23 | 1,263,939.23 | 2,986.47 |
| 3 | Clackamas Mall L.L.C. | 7100-000 | N/A | 111,444.14 | 111,444.14 | 263.32 |
| 5 | Hoover Mall Limited, L.L.C. | 7100-000 | N/A | 1,372,516.55 | 1,372,516.55 | 3,243.02 |
| 8 | Stonestown Shopping Center, L.P. | 7100-000 | N/A | 84,989.49 | 84,989.49 | 200.82 |
| 9 | FedEx Truckload Brokerage | 7100-000 | 7,775.00 | 7,775.00 | 7,775.00 | 18.37 |
| 10 | SunValley Shopping Center LLC | 7100-000 | N/A | 209,848.87 | 209,848.87 | 495.84 |
| 11 | Savino Del Bene USA Inc | 7100-000 | 128,035.67 | 128,174.79 | 128,174.79 | 302.86 |
| 14 | Mark Tucker, Inc. | 7100-000 | 1,017,035.50 | 1,020,466.50 | 1,020,466.50 | 0.00 |
| 16 | B&B Footwear, aka Bob & Bobby! Inc. | 7100-000 | 177,685.51 | 183,132.00 | 183,132.00 | 432.71 |
| 17 | The Retail Property Trust | 7100-000 | N/A | 116,434.57 | 116,434.57 | 275.12 |
| 18 | Mall of Georgia, LLC | 7100-000 | N/A | 99,807.95 | 99,807.95 | 235.83 |
| 20 | Northgate Mall Partnership | 7100-000 | N/A | 316,505.29 | 316,505.29 | 747.85 |
| 21 | EMI Santa Rosa Limited Partnership | 7100-000 | N/A | 447,382.56 | 447,382.56 | 1,057.09 |
| 22 | Montebello Town Center Investors, LLC | 7100-000 | N/A | 41,704.18 | 41,704.18 | 98.54 |
| 24 | Diba Far East LLC | 7100-000 | 1,350.00 | 1,350.00 | 1,350.00 | 3.19 |
| 25 | Demand Shoes Llc | 7100-000 | N/A | 46,200.00 | 46,200.00 | 109.16 |
| 26 | Wenzhou Bobo Shoes International Co, Ltd | 7100-000 | 475,985.00 | 477,075.58 | 477,075.58 | 1,127.25 |
| 27 | Southern California Edison | 7100-000 | N/A | 7,846.35 | 7,846.35 | 18.54 |
| 29 | FedEx Corporate Services Inc | 7100-000 | N/A | 10,665.26 | 10,665.26 | 25.20 |
| 30 | Waste Management c/o Jacquolyn E. Mills | 7100-000 | N/A | 10,887.68 | 10,887.68 | 0.00 |
| 31 | New York Transit, Inc | 7100-000 | N/A | 120,326.25 | 120,326.25 | 284.31 |
| 32 | Dell Financial Services, LLC | 7100-000 | N/A | 4,092.97 | 4,092.97 | 9.67 |
| 36 | EWH Escondido Associates, L.P. | 7100-000 | N/A | 160,061.18 | 160,061.18 | 378.20 |
| 37 | Mission Valley Shoppingtown LLC | 7100-000 | N/A | 156,537.05 | 156,537.05 | 369.87 |
| 38 | Sherman Oaks Fashion Associates LP | 7100-000 | N/A | 141,587.31 | 141,587.31 | 334.55 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | Culver City Mall LLC | 7100-000 | N/A | 174,321.76 | 174,321.76 | 411.89 |
| 41 | Roseville Shoppingtown LLC | 7100-000 | N/A | 254,423.96 | 254,423.96 | 601.16 |
| 42 | Santa Anita Shoppingtown LP | 7100-000 | N/A | 29,014.80 | 29,014.80 | 68.56 |
| 43 | WEA Southcenter LLC | 7100-000 | N/A | 186,971.25 | 186,971.25 | 441.78 |
| 44 | Westfield Topanga Owner LLC | 7100-000 | N/A | 284,573.64 | 284,573.64 | 672.40 |
| 45 | Plaza West Covina LP | 7100-000 | N/A | 585,558.65 | 585,558.65 | 1,383.57 |
| 46 | Valencia Town Center Venture, L.P. | 7100-000 | N/A | 159,178.50 | 159,178.50 | 376.11 |
| 47 | Plaza Bonita LLC | 7100-000 | N/A | 202,487.76 | 202,487.76 | 478.44 |
| 48 | VF Mall LLC | 7100-000 | N/A | 364,907.79 | 364,907.79 | 862.22 |
| NOTFILED | Iotec | 7100-000 | 12.45 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of Fresno - Business Licensing | 7100-000 | 151.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Horn's Backflow & Plumbing Inc | 7100-000 | 217.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Sonitrol | 7100-000 | 249.31 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Diligent Works Inc. | 7100-000 | 261.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jeff's Locksmiths | 7100-000 | 264.26 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Earth Link Customer Service | 7100-000 | 301.64 | 0.00 | 0.00 | 0.00 |
| NOTFILED | City of San Mateo | 7100-000 | 355.35 | 0.00 | 0.00 | 0.00 |
| NOTFILED | District Fire & Safley Company | 7100-000 | 427.62 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fire Inspections Co. | 7100-000 | 440.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ontrac | 7100-000 | 591.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | BRIX LAW LLP | 7100-000 | 1,246.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fisher & Phillips Llp | 7100-000 | 1,261.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Shell | 7100-000 | 1,418.37 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Leaf | 7100-000 | 1,455.14 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Law Office Of Daniel D. Kim | 7100-000 | 2,629.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Federal Express | 7100-000 | 3,478.43 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dell Business Credit | 7100-000 | 3,632.24 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Staples Business Advantage | 7100-000 | 5,799.81 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Stonehill Technical Solutions | 7100-000 | 6,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Carl G Jones | 7100-000 | 8,033.31 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Earth Pack | 7100-000 | 11,236.15 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Uline | 7100-000 | 11,906.03 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Diba | 7100-000 | 13,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bch Consulting, Inc. | 7100-000 | 15,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Demand Shoes Llc | 7100-000 | 24,120.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Smac, Inc. | 7100-000 | 27,670.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Woodruff Sawyer & Company | 7100-000 | 38,674.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eurosuelas | 7100-000 | 65,529.73 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Nyt Corp | 7100-000 | 66,477.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Ups | 7100-000 | 70,019.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Elargir Intl Trading Company | 7100-000 | 161,228.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bull Boxer | 7100-000 | 164,268.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Legend Footwear, Inc. | 7100-000 | 178,850.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Blossom Footwear Inc. | 7100-000 | 180,244.01 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Eternal Best Industrial Ltd. | 7100-000 | 197,430.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Henrich | 7100-000 | 243,456.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Shoeshop Group, Inc. | 7100-000 | 301,056.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Re-Start | 7100-000 | 1,005,472.10 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dalby | 7100-000 | 3,498.69 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fire Code Saftey Equip Inc | 7100-000 | 37.81 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Cathy Jean Grice | 7100-000 | 1,126.03 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$4,626,891.42** | **$8,782,188.86** | **$8,782,188.86** | **$18,313.91** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 1

| Case Number: | 8:16-BK-14633 TA | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | Cathy Jean Inc | Filed (f) or Converted (c): | 11/09/16 (f) |
| | | §341(a) Meeting Date: | 03/01/18 |
| Period Ending: | 12/11/19 | Claims Bar Date: | 04/12/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Prepayments-probably forfeited or offset | Unknown | 1.00 | | 0.00 | FA |
| 2 | Computers, servers and peripherals | Unknown | 1.00 | | 0.00 | FA |
| 3 | Possible tradename | Unknown | 1.00 | | 0.00 | FA |
| 4 | Debtor may have had a website/domain | Unknown | 1.00 | | 0.00 | FA |
| 5 | Customer lists, mailing lists, or other compilations | Unknown | 1.00 | | 0.00 | FA |
| 6 | Goodwill-Debtor was closed month before filing | Unknown | 1.00 | | 0.00 | FA |
| 7 | Possible net operating losses | Unknown | 1.00 | | 0.00 | FA |
| 8 | Possible avoidance actions for transfers within statutory periods under 11 U.S.C. 544, 547, 548, subject to defenses Settlement approved by Court Order entered May 1, 2019. | Unknown | 1.00 | | 65,000.00 | FA |
| 9 | "Remnant" assets; deposits, refunds, reimbursements, etc. (u) In addition to initial collections, sale of remnant assets and IP for $23,500 approved by Court Order entered May 10, 2019 | Unknown | 1.00 | | 23,903.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$0.00** | **$9.00** | | **$88,903.00** | **$0.00** |

**Major activities affecting case closing:**
Trustee investigated and negotiated with Carl Jones and Cathy Jean Grice ("Jones/Grice") toward settlement of avoidance claims against them.  Jones/Grice asserted that they had no liability on the claims but were willing to settle to silence active creditors.  Additionally trustee sold all remnant assets.

   This is an involuntary case, initiated on November 9, 2016 by creditors (landlords and vendors of the Debtor).  Trustee was appointed following the entry of an Order for Relief on January 5, 2017.  The Debtor, a California corporation, operated as many as 45 retail shoe stores in several states during its heyday.  All operations ceased pre-petition by approximately February or March 2016, and all of the Debtor's premises (including its business offices in Irvine, CA) were vacated.  Notwithstanding a provision in the Order for Relief requiring the involuntary Debtor to file schedules, statements and other documents, the Debtor made no appearance in this case, and filed nothing.  Trustee was advised that all formal "hard copies" of the Debtor's books and records have been disposed of, and that the Debtor's former CEO, Carl Jones, has servers containing the only remaining data concerning the Debtor's financial affairs.

341(a) Meeting/Schedules:
   • Initially, the Debtor failed to appear for its 341(a).  Carl "Bud" Jones had resigned as president and CEO, and denied that he had any obligation to appear on behalf of the Debtor.

   • Trustee worked actively with Mr. Jones to obtain documents and records of the Debtor, which are stored on servers at his home.  Hard copies of documents were destroyed when the Debtor vacated its business premises pre-petition.

   • Eventually, Mr. Jones agreed to appear in connection with the 341(a).

   • Utilizing the documents and information provided by Mr. Jones, Trustee, through counsel, prepared and filed schedules, a Statement of Financial Affairs, and a mailing matrix, so that notice could

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 2

be provided to creditors of the bankruptcy proceedings, and of a claims bar date.
Trustee believes that the only assets of the Debtor were:

- The computer servers, monitors and peripheral equipment, in the possession of Carl Jones. Trustee sew no value to the Estate in this property, except as to the data they contained  Mr. Jones provided the Trustee with a computer disc containing what he asserted were the relevant contents of the computer. This consisted mainly of the Debtor's accounting program; backup documents were not scanned and stored, and have since been disposed of.

- Possible avoidance actions against various parties for preferential transfers, primarily against Carl Jones and his daughter, Cathy Jean Grice, insiders of the corporate debtor.
    - o Although they received substantial transfers during the avoidance period, they asserted that (1) they were fully secured, so that the transfers were not avoidable, and (2) they have substantial "new value" defenses, as they continued to make loans to the company up until the end.
    - o Included in the consideration of this asset is the payoff of a $1,000,000 line of credit with US Bank in December 2016. The loan was to the Debtor; Mr. Jones is unsure whether he guaranteed it. The loan was paid off out of the proceeds of the sale of the Debtor's former leased premises, which had been owned by the Shelly Group, a wholly-owned entity of Mr. Jones. Mr. Jones states that the Debtor owned no interest in the building, and provided nothing to the acquisition, debt service or maintenance of the property, except the payment of rent under a lease between the Debtor and Shelly Group. Even though the payment benefitted Mr. Jones (to the extent that he was a guarantor), since the funds used to pay off the loan did not belong to the Debtor, Trustee did not see a basis to avoid and recover the funds. Trustee allowed a creditor's counsel an opportunity to present a compelling argument, with authorities, that the transfer is recoverable. Said counsel has provided nothing.
    - o The bankruptcy was filed well after the last disbursements were made by the Debtor, there are no preference claims during the 90 day window prior to filing. Further, our CPA has taken a look at the books and records, and sees no obvious fraudulent transfers.
    - o However, Trustee negotiated with Mr. Jones for the payment of an agreed-upon amount to the Estate in resolution of any claims the Estate may have.  See below.

- "Remnant" assets:  security deposits, refunds, reimbursements, and other intangibles. Trustee cannot itemize any specific property in this case at this point; this is a general category of assets of the type that often exists when a business is wound down. Trustee has received an offer of $10,000 from a remnant buyer, which Trustee intends to accept, as long as she can enter into an agreement which carves out the transfer of any interest in the afore-mentioned potential avoidable transfers, as Trustee is settling those claims directly with the insider transferees.
- All other inventory, store equipment and furnishings, office equipment and furnishings, and other personal property appears to have been disposed of pre-petition. Trustee knows of no receivables (the Debtor was a retail seller; payment was received at the time of sale).

Trustee took the following action to realize asset value in this case:
  1. Trustee negotiated with Carl Jones, Cathy Jean Grice and Shelly Group toward the settlement of avoidance claims against them. They asserted that they have no liability on those claims, but were willing to pay something into the Estate to silence active creditors. Trustee reached a basic agreement last year, but when Mr. Jones appeared at the 341(a), Trustee learned for the first time about the payoff of the US Bank loan out of the sale by Shelly Group. This required additional analysis, and a creditor's counsel asked for time to come up with a supportable basis to recover the funds. Creditor's counsel did not provide any additional argument, so Trustee finalized the agreement upon the same terms. Tre transferees paid a total of $65,000 to the Estate in settlement of the insider avoidance claims. The settlement agreement was challenged by a creditor, but ultimately approved by Court Order entered May 1, 2019.

  2. Trustee negotiated the sale of "remnant assets" to an asset buyer for the lump sum of $10,000. Since Carl Jones and Cathy Jean Grice hold UCC-1's in all assets of the Debtor, Trustee waited to finalize the deal until an agreement with them was reached to release their liens on the assets. The remnant sale was approved by Court Order entered May 10, 2019.

The claims in the case are extensive. The assets are very modest, but the time to identify, investigate and liquidate the assets in this involuntary case, despite the best efforts of the Trustee, were significant.

INSURANCE STATUS:  None

LITIGATION STATUS:  None

OPEN ISSUES:

6/18/2019  2016, 2017 2018 Estate Tax Returns year end December 13, 2016, December 31, 2017, December 31, 2018; Forms 1120/100; Amt Due 2016 Federal $0; State $0; 2017 Federal $0; State $800; 2018 Federal $0; State $800.

6/12/19  Notice to Pay Court Costs Due Sent To: Weneta M A Kosmala, Trustee, Total Amount Due $0.

6/12/2019  Notice to Professionals to File Applications for Compensation.

5/10/20109  Entered Order on Motion for Approval of Sale of Estate Property (Remnant Assets to Optium Capital, LLC) Free and Clear of Liens/Encumbrances for $23,500; Trustee's overbid procedures as modified in Court with the consent of all bidders to allow for post-hearing telephonic bidding are approved; Trustee is authorized to disburse to judgement lien creditor Bohannon Development Company the sum of $4,700 in full satisfaction of its judgment lien on any Remnant Assets.

FORM 1     Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**     Page: 3

5/1/2019  Entered Order Granting Motion for Approval of Settlement Agreement under FRBP 9019 for the sum of $65,000 cash and subordination of the insiders' remaining claims to the recovery of other unsecured creditors in return for a release of claims by the Estate.

4/10/2019  Entered Order Granting Application by Chapter 7 Trustee to Employ Hahn Fife & Company, LLP as Accountant; Employment is pursuant to 11 U.S.C. Section 327 and compensation and reimbursement of costs are subject further application, determination and approval by this Court, per 11 U.S.C. Section 330.

3/6/2019  Entered Order on Stipulation re Continuance of Hearing on Motion for Approval of Settlement Agreement from March 12, 2019 at 11:00am in Courtroom 5B to April 9, 2019 at 11:00am in courtroom 5B.

2/20/2019  Entered Order on Stipulation re Continuance of Hearing on Motion for Approval of Settlement Agreement from February 26, 2019 at 11:00am in Courtroom 5B to March 12, 2019 at 11:00am in Courtroom 5B.

12/13/2017  Entered Order Granting Chapter 7 Trustee's Application to Employ the Law Offices of Weneta M.A. Kosmala as General Counsel; Employment of the Firm is pursuant to 11 U.S.C. §327 and compensation and reimbursement of costs are subject to further application, determination and approval by this Court, per 11 U.S.C. § 330 and/or 331.

10/25/2017  Notice of Assets filed by trustee and court's notice of possible dividend; Proofs of Claims due by 1/29/2018; Government Proof of Claim due by 5/8/2017.

7/25/2017  Entered ORDER On Stipulation RE Withdrawal of Motion for Designation Under FRBP 1007(k) Of Party To File Schedules, Statements And Other Documents Listed Under FRBP 1007(b)(1) In Involuntary Case.

6/2/2017  Entered Order On Third Stipulation RE Continuance of Hearing on Motion for Designation Under FRBP 1007(k) of Party to File Schedules, Statements and Other Documents Listed Under FRBP 1007(b)(1) In Involuntary Case Currently Scheduled for June 27, 2017 at 11:00 a.m. to August 8, 2017 at 11:00 a.m.

5/9/2017  Entered Order Granting Rani W. Larsen's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum); Movan may proceed in the non-bankruptcy forum to final judgment (including any appears) in accordance with non-bankruptcy law.  Movant is permitted to enforce its final judgment only by collecting upon any available insurance; Movant has no claim against the Debtor, or any property of the Estate and may pursue its judgment only against no-debtors and/or property which is not property of the Estate, including insurance.

2/3/2017  Entered Order To Show Cause Why Case Should Not Be Dismissed for Failure to File Schedules. Hearing Set For: February 28, 2017 at 11:00 A.M., Courtroom 5B.

2/2/2017  Entered Order To Show Cause Why Case Should Not Be Dismissed For Failure To File Counseling Certificate on February 28, 2017 at 11:00 A.M., Courtroom 5B, 411 West Fourth Street, Santa Ana CA 92701.

1/5/2017  Entered Order for Relief and Order to File Schedules, Statements and Lists by January 12, 2017.


**Initial Projected Date of Final Report (TFR):**  November 08, 2019     **Current Projected Date of Final Report (TFR):**  June 18, 2019 (Actual)

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 8:16-BK-14633 TA | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | Cathy Jean Inc | Bank Name: | Signature Bank |
| | | Account: | ******8060 - Checking |
| Taxpayer ID#: | **-***5024 | Blanket Bond: | $2,500,000.00 (per case limit) |
| Period Ending: | 12/11/19 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/18 | Asset #9 | EISENHOWER MEDICAL CENTER | Refund of pre-petition payment | 1229-000 | 403.00 | | 403.00 |
| 03/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 393.00 |
| 04/30/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 383.00 |
| 05/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 373.00 |
| 06/29/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 363.00 |
| 07/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 353.00 |
| 08/31/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 343.00 |
| 09/28/18 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 10.00 | 333.00 |
| 10/12/18 | | Signature Bank | Service fee reversal | 9999-000 | 70.00 | | 403.00 |
| 11/29/18 | Asset #8 | CARL & SHELLEY JONES FAMILY TRUST | EMD for settlement of avoidance actions | 1129-000 | 65,000.00 | | 65,403.00 |
| 03/20/19 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016030867 premium for period 01/04/19 - 01/04/20 | 2300-000 | | 61.42 | 65,341.58 |
| 04/30/19 | Asset #9 | Optium Capital, LLC | Bid for Remnant Assets | 1229-000 | 22,000.00 | | 87,341.58 |
| 05/01/19 | Asset #9 | Optium Capital, LLC | Incoming Wire for remnant assets | 1229-000 | 1,500.00 | | 88,841.58 |
| 06/18/19 | 1002 | Bohannon Development Company | Payment in full satisfaction of judgment lien against any of the Remnant Assets, per Court Order entered May 10, 2019. | 4210-000 | | 4,700.00 | 84,141.58 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 8:16-BK-14633 TA | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | Cathy Jean Inc | Bank Name: | Signature Bank |
| | | Account: | ******8060 - Checking |
| Taxpayer ID#: | **-***5024 | Blanket Bond: | $2,500,000.00 (per case limit) |
| Period Ending: | 12/11/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/19 | 1003 | WENETA M.A. KOSMALA | Dividend of 100.000000000% | 2100-000 | | 7,695.15 | 76,446.43 |
| 08/08/19 | 1004 | WENETA M.A. KOSMALA | Dividend of 100.000000000% | 2200-000 | | 264.30 | 76,182.13 |
| 08/08/19 | 1005 | Law Offices of Weneta M.A. Kosmala | Dividend of 100.000000000% | 3110-000 | | 44,965.50 | 31,216.63 |
| 08/08/19 | 1006 | Law Offices of Weneta M.A. Kosmala | Dividend of 100.000000000% | 3120-000 | | 979.37 | 30,237.26 |
| 08/08/19 | 1007 | HAHN FIFE & COMPANY, LLP | Dividend of 100.000000000% | 3410-000 | | 2,898.00 | 27,339.26 |
| 08/08/19 | 1008 | HAHN FIFE & COMPANY, LLP | Dividend of 100.000000000% | 3420-000 | | 412.40 | 26,926.86 |
| 08/08/19 | 1009 | Franchise Tax Board (ADMINISTRATIVE) | Dividend of 100.000000000%, Claim No. 12-2 | 2820-000 | | 3,131.96 | 23,794.90 |
| 08/08/19 | 1010 | Stoneridge Properties LLC | Dividend of 100.000000000%, Claim No. 23 | 5200-000 | | 100.00 | 23,694.90 |
| 08/08/19 | 1011 | City of Fresno | Dividend of 100.000000000%, Claim No. 28 | 5800-000 | | 1,087.20 | 22,607.70 |
| 08/08/19 | 1012 | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No. 13 | 5800-000 | | 823.54 | 21,784.16 |
| 08/08/19 | 1013 | Keter Environmental Services, Inc | Dividend of 0.236283096%, Claim No. 1 | 7100-000 | | 4.24 | 21,779.92 |
| 08/08/19 | 1014 | SunValley Shopping Center LLC | Dividend of 0.236283096%, Claim No. 10 | 7100-000 | | 495.84 | 21,284.08 |
| 08/08/19 | 1015 | Savino Del Bene USA Inc | Dividend of 0.236283096%, Claim No. 11 | 7100-000 | | 302.86 | 20,981.22 |
| 08/08/19 | 1016 | Mark Tucker, Inc. | Dividend of 0.236283096%, Claim No. 14  ; Stopped on 11/14/2019 | 7100-000 | | 2,411.18 | 18,570.04 |
| 08/08/19 | 1017 | Westminster Mall, LLC | Dividend of 0.236283096%, Claim No. 15 | 7100-000 | | 87.78 | 18,482.26 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 8:16-BK-14633 TA | | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|---|
| Case Name: | Cathy Jean Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******8060 - Checking |
| Taxpayer ID#: | **-***5024 | | Blanket Bond: | $2,500,000.00 (per case limit) |
| Period Ending: | 12/11/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/19 | 1018 | B&B Footwear, aka Bob & Bobby! Inc. | Dividend of 0.236283096%, Claim No. 16 | 7100-000 | | 432.71 | 18,049.55 |
| 08/08/19 | 1019 | The Retail Property Trust | Dividend of 0.236283096%, Claim No. 17 | 7100-000 | | 275.12 | 17,774.43 |
| 08/08/19 | 1020 | Mall of Georgia, LLC | Dividend of 0.236283096%, Claim No. 18 | 7100-000 | | 235.83 | 17,538.60 |
| 08/08/19 | 1021 | Shops at Mission Viejo, LLC | Dividend of 0.236283096%, Claim No. 19 | 7100-000 | | 94.61 | 17,443.99 |
| 08/08/19 | 1022 | GGP Northridge Fashion Center, LP | Dividend of 0.236283096%, Claim No. 2 | 7100-000 | | 2,986.47 | 14,457.52 |
| 08/08/19 | 1023 | Northgate Mall Partnership | Dividend of 0.236283096%, Claim No. 20 | 7100-000 | | 747.85 | 13,709.67 |
| 08/08/19 | 1024 | EMI Santa Rosa Limited Partnership | Dividend of 0.236283096%, Claim No. 21 | 7100-000 | | 1,057.09 | 12,652.58 |
| 08/08/19 | 1025 | Montebello Town Center Investors, LLC | Dividend of 0.236283096%, Claim No. 22 | 7100-000 | | 98.54 | 12,554.04 |
| 08/08/19 | 1026 | Stoneridge Properties LLC | Dividend of 0.236283096%, Claim No. 23 | 7100-000 | | 152.20 | 12,401.84 |
| 08/08/19 | 1027 | Diba Far East LLC | Dividend of 0.236283096%, Claim No. 24 | 7100-000 | | 3.19 | 12,398.65 |
| 08/08/19 | 1028 | Demand Shoes Llc | Dividend of 0.236283096%, Claim No. 25 | 7100-000 | | 109.16 | 12,289.49 |
| 08/08/19 | 1029 | Wenzhou Bobo Shoes International Co, Ltd | Dividend of 0.236283096%, Claim No. 26 | 7100-000 | | 1,127.25 | 11,162.24 |
| 08/08/19 | 1030 | Southern California Edison | Dividend of 0.236283096%, Claim No. 27 | 7100-000 | | 18.54 | 11,143.70 |
| 08/08/19 | 1031 | FedEx Corporate Services Inc | Dividend of 0.236283096%, Claim No. 29 | 7100-000 | | 25.20 | 11,118.50 |
| 08/08/19 | 1032 | Clackamas Mall L.L.C. | Dividend of 0.236283096%, Claim No. 3 | 7100-000 | | 263.32 | 10,855.18 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 4

| Case Number: | 8:16-BK-14633 TA | | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|---|
| Case Name: | Cathy Jean Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******8060 - Checking |
| Taxpayer ID#: | **-***5024 | | Blanket Bond: | $2,500,000.00 (per case limit) |
| Period Ending: | 12/11/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/19 | 1033 | Waste Management c/o Jacquolyn E. Mills | Dividend of 0.236283096%, Claim No. 30 - stop stale dated check; Stopped on 11/14/2019 | 7100-000 | | 25.73 | 10,829.45 |
| 08/08/19 | 1034 | New York Transit, Inc | Dividend of 0.236283096%, Claim No. 31 | 7100-000 | | 284.31 | 10,545.14 |
| 08/08/19 | 1035 | Dell Financial Services, LLC | Dividend of 0.236283096%, Claim No. 32 | 7100-000 | | 9.67 | 10,535.47 |
| 08/08/19 | 1036 | EWH Escondido Associates, L.P. | Dividend of 0.236283096%, Claim No. 36 | 7100-000 | | 378.20 | 10,157.27 |
| 08/08/19 | 1037 | Mission Valley Shoppingtown LLC | Dividend of 0.236283096%, Claim No. 37 | 7100-000 | | 369.87 | 9,787.40 |
| 08/08/19 | 1038 | Sherman Oaks Fashion Associates LP | Dividend of 0.236283096%, Claim No. 38 | 7100-000 | | 334.55 | 9,452.85 |
| 08/08/19 | 1039 | Culver City Mall LLC | Dividend of 0.236283096%, Claim No. 39 | 7100-000 | | 411.89 | 9,040.96 |
| 08/08/19 | 1040 | Glendale I Mall Associates, LP | Dividend of 0.236283096%, Claim No. 4 | 7100-000 | | 216.53 | 8,824.43 |
| 08/08/19 | 1041 | UTC Venture LLC | Dividend of 0.236283096%, Claim No. 40 | 7100-000 | | 198.62 | 8,625.81 |
| 08/08/19 | 1042 | Roseville Shoppingtown LLC | Dividend of 0.236283096%, Claim No. 41 | 7100-000 | | 601.16 | 8,024.65 |
| 08/08/19 | 1043 | Santa Anita Shoppingtown LP | Dividend of 0.236283096%, Claim No. 42 | 7100-000 | | 68.56 | 7,956.09 |
| 08/08/19 | 1044 | WEA Southcenter LLC | Dividend of 0.236283096%, Claim No. 43 | 7100-000 | | 441.78 | 7,514.31 |
| 08/08/19 | 1045 | Westfield Topanga Owner LLC | Dividend of 0.236283096%, Claim No. 44 | 7100-000 | | 672.40 | 6,841.91 |
| 08/08/19 | 1046 | Plaza West Covina LP | Dividend of 0.236283096%, Claim No. 45 | 7100-000 | | 1,383.57 | 5,458.34 |
| 08/08/19 | 1047 | Valencia Town Center Venture, L.P. | Dividend of 0.236283096%, Claim No. 46 | 7100-000 | | 376.11 | 5,082.23 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 5

| Case Number: | 8:16-BK-14633 TA | | Trustee: | WENETA M.A. KOSMALA |
| --- | --- | --- | --- | --- |
| Case Name: | Cathy Jean Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******8060 - Checking |
| Taxpayer ID#: | **-***5024 | | Blanket Bond: | $2,500,000.00 (per case limit) |
| Period Ending: | 12/11/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/19 | 1048 | Plaza Bonita LLC | Dividend of 0.236283096%, Claim No. 47 | 7100-000 | | 478.44 | 4,603.79 |
| 08/08/19 | 1049 | VF Mall LLC | Dividend of 0.236283096%, Claim No. 48 | 7100-000 | | 862.22 | 3,741.57 |
| 08/08/19 | 1050 | Hoover Mall Limited, L.L.C. | Dividend of 0.236283096%, Claim No. 5 | 7100-000 | | 3,243.02 | 498.55 |
| 08/08/19 | 1051 | Perimeter Mall, LLC | Dividend of 0.236283096%, Claim No. 6 | 7100-000 | | 46.06 | 452.49 |
| 08/08/19 | 1052 | Tyler Mall Limited Partnership | Dividend of 0.236283096%, Claim No. 7 | 7100-000 | | 233.30 | 219.19 |
| 08/08/19 | 1053 | Stonestown Shopping Center, L.P. | Dividend of 0.236283096%, Claim No. 8 | 7100-000 | | 200.82 | 18.37 |
| 08/08/19 | 1054 | FedEx Truckload Brokerage | Dividend of 0.236283096%, Claim No. 9 | 7100-000 | | 18.37 | 0.00 |
| 11/14/19 | 1016 | Mark Tucker, Inc. | Dividend of 0.236283096%, Claim No. 14  ; Stopped: Check issued on 08/08/2019 | 7100-000 | | -2,411.18 | 2,411.18 |
| 11/14/19 | 1033 | Waste Management c/o Jacquolyn E. Mills | Dividend of 0.236283096%, Claim No. 30 - stop stale dated check;  Stopped: Check issued on 08/08/2019 | 7100-000 | | -25.73 | 2,436.91 |
| 11/21/19 | 1055 | UNITED STATES BANKRUPTCY COURT | UNCLAIMED FUNDS FOR MARK TUCKER UNSECURED CLAIM NO. 14 AND CHECK NO. 1016 IN THE AMOUNT OF $2,411.18. | 2700-001 | | 2,411.18 | 25.73 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 6

| **Case Number:** | 8:16-BK-14633 TA | **Trustee:** | WENETA M.A. KOSMALA |
|---|---|---|---|
| **Case Name:** | Cathy Jean Inc | **Bank Name:** | Signature Bank |
|  |  | **Account:** | ******8060 - Checking |
| **Taxpayer ID#:** | **-***5024 | **Blanket Bond:** | $2,500,000.00 (per case limit) |
| **Period Ending:** | 12/11/19 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/21/19 | 1056 | UNITED STATES BANKRUPTCY COURT | UNCLAIMED FUNDS OF WASTE MANAGEMENT CLAIM NO. 30 FOR CHECK NO. 1033 IN THE AMOUNT OF $25.73 | 2700-001 |  | 25.73 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 88,973.00 | 88,973.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 70.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 88,903.00 | 88,973.00 |  |
|  |  |  | Less: Payment to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$88,903.00** | **$88,973.00** |  |

| Net Receipts: | $88,903.00 |
|---|---|
| Net Estate: | $88,903.00 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8060** | 88,903.00 | 88,973.00 | 0.00 |
|  | **$88,903.00** | **$88,973.00** | **$0.00** |